UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. '08 MJ 0765 |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Rogelio Rene AGUILAR-Sanchez,** | ) Deported Alien Found in the |
| | ) United States |
| Defendant | ) |

FILED 08 MAR 11 AM 10:13

The undersigned complainant, being duly sworn, states:

On or about **March 9, 2008** within the Southern District of California, defendant, **Rogelio Rene AGUILAR-Sanchez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **MARCH 2008**

Louisa S. Porter
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Rogelio Rene AGUILAR-Sanchez

## PROBABLE CAUSE STATEMENT

On March 9, 2008, at approximately 1:45 p.m., Border Patrol Agent J. Johnson was performing patrol duties in Boulevard, California. This area is located approximately 20 miles east of the Tecate, California Port of Entry and approximately four miles north of the Unites States/Mexico International Boundary. Agent Johnson was responding to a seismic intrusion device activation just south of Interstate 8. Agent Johnson found foot prints just south of Interstate 8 approximately one mile east of the Boulevard Exit. Agent Johnson followed the foot prints where he encountered three individuals, including one later identified as the defendant **Rogelio Rene AGUILAR-Sanchez**. Agent Johnson identified himself as a United States Border Patrol Agent and performed an immigration check on all three individuals. All three freely admitted to being citizens and nationals of Mexico present in the United States illegally, and to having no immigration documents that would allow them to enter or remain in the United States legally. Agent Johnson placed all three individuals under arrest at approximately 1:50 p.m. and transported them to the Boulevard Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 27, 2005** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.